# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terrence R. Peterson, | Civil No. 08-64 (RHK-AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Progressive RSC, Inc., | |
| Defendant. | |

Pursuant to parties' Stipulation of Dismissal (Doc. No. 15), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 29, 2008

                                        s/Richard H. Kyle  
                                        RICHARD H. KYLE  
                                        United States District Judge